Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID M. PAXSON,<br><br>        Defendant. | No.  6:13-MJ-0066-MJS<br><br>STIPULATION TO CONTIUE PLEA AND SENTENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant David Paxson, by and through his attorney of record, Paul Delano Wolf, that the Plea and Sentence in the above-captioned matter set for January 14, 2014 shall be continued to January 28, 2014 at 10:00 a.m., to allow time for parties to execute a written plea agreement and for defense counsel to arrange for telephonic appearance of Mr. Paxson.

Dated:  January 14, 2014          /S/ Susan St. Vincent_____
                                                  Susan St. Vincent
                                                  Legal Officer
                                                  Yosemite National Park

Dated:  January 14, 2014           /S/ Paul Delano Wolf_____
                                                  Paul Delano Wolf
                                                  Attorney for Defendant
                                                  David Paxson

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the January 14, 2014, Plea and Sentence for David Paxson, case number 6:13-MJ-0066-MJS, is hereby continued to January 28, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 14, 2014            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE